## AMERICAN ARBITRATION ASSOCIATION

### Commercial Arbitration Panel

| | | |
|---|---|---|
| ASDC HOLDINGS, LLC, ASDC LIQUIDATION, INC., AS PROPERTY HOLDINGS; ALL SMILES LIQUIDATION TRUST; VALOR MANAGEMENT CORP., ANTONIO GRACIAS; JUAN SABATER; AND JONATHAN SHULKIN | * * * * * * * | |
| Claimants, | * | Case No. 14 193 Y 000243 11 |
| v. | * | |
| THE RICHARD J. MALOUF 2008 ALL-SMILES GRANTOR RETAINED ANNUITY TRUST, RICHARD J. MALOUF, STRAIT LANE FAMILY LP, CAMELIA FAMILY LIMITED PARTNERSHIP, AND DEAL TIME AUTO GROUP, LLC | * * * * * * | |
| Respondents/Counterclaimants, | * | |
| v. | * | |
| ASDC HOLDINGS, LLC; ASDC LIQUIDATION, INC.; ALL SMILES LIQUIDATION TRUST; AS PROPERTY HOLDINGS; ALL SMILES DENTAL CENTER, INC.; VALOR MANAGEMENT CORP; VALOR EQUITY PARTNERS; ANTONIO GRACIAS; JUAN SABATER; AND JONATHAN SHULKIN | * * * * * * * * | |
| Counter-Respondents. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   \*

## ORDER REGARDING PENDING DISCOVERY ISSUES

A telephone conference was held on July 28, 2015 regarding pending discovery issues. All members of the Panel were present, as were counsel for Claimants and for Respondents. Having read the submissions of the parties and heard the arguments of counsel on these issues, the Panel enters its rulings as set forth below.

AAA Case No. 14 193 Y 000243 11
**ORDER REGARDING PENDING DISCOVERY ISSUES**
July 28, 2015
**2 |** P a g e

Respondents' Renewed Objections of Issuance of Claimants' Non-Party Subpoenas and Request for Reconsideration.

The Panel declines to revisit Respondents' objections, or the Panel's prior ruling, except as set forth in this section of this Order. The Panel reiterates that it will grant Claimants' requests for the subpoenas directed to                          Burleson Pate and Michael Gibson. Those persons and firms may determine what, if any, privilege objections they will assert to either the production of documents and/or the giving of testimony.

Dates for Claimants' Requested Non-Party Subpoenas. At least 2 of the 3 Panel members can be available on August 26, 27, 28, 31 and Sept. 4, 2015 for those proceedings. Counsel for Claimants should complete dates on the requested subpoenas at the times and in the order desired, and re-submit the completed subpoena forms to the Panel for signature and return.

AAA Case No. 14 193 Y 000243 11
**ORDER REGARDING PENDING DISCOVERY ISSUES**
July 28, 2015
3 | P a g e

This is a unanimous ruling by the Panel.

**SO ORDERED.**

Entered:   July 28, 2015

_____
Anthony M. DiLeo, Arbitrator
For the Panel

AMD:jma
cc:   All Counsel
      Sharon Durkin, Manager of ADR Services, AAA
      Robert Best, Co-Arbitrator
      Martin Weisman, Co-Arbitrator