**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **ASDC HOLDINGS, LLC, et al.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 3:15-MC-089-P |
| § | |
| **THE RICHARD J. MALOUF 2008 ALL-** § | |
| **SMILES GRANTOR RETAINED** § | |
| **ANNUITY TRUST, et al.,** § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| **MICHAEL P. GIBSON, et al.,** § | |
| Movants. § | |

## ORDER

Pursuant to the order of reference dated August 20, 2015, before the Court for determination are the *Non-Parties' Motion to Quash Subpoena Duces Tecum Issued in Arbitration Proceeding*, filed August 19, 2015 (doc. 1), and the *Non-Parties' Motion for Protection* (doc. 5), the *Motion and Request for Hearing and/or Expedited Consideration Motion to Quash and Motion for Protection* (doc. 6), and the *Motion to Dismiss for Failure to Plead Basis for Jurisdiction and Supporting Brief* (doc. 7), all filed August 21, 2015.

An oral argument was conducted concerning the motions on August 25, 2015. All parties appeared in person or through counsel. After consideration of the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing,

1. The motion for hearing and/or expedited consideration (doc. 6) is **GRANTED**.

2. The motions to quash and for protection (docs. 1, 5) are **DENIED**.

3. The motion to dismiss (doc. 7) is **DEEMED MOOT**.

**SO ORDERED** on this 25th day of August, 2015.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE